IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANGELOS KOLOBOTOS,<br>　　　Plaintiff, | § § § | |
| v. | § | No. 3:25-CV-3559-E-BW |
| XIAOMIN LIN,<br>　　　Defendant. | § § § | Referred to U.S. Magistrate Judge[1] |

## **ORDER**

On February 6, 2026, the undersigned entered Findings, Conclusions, and Recommendation ("FCR") of the United States Magistrate Judge noting Plaintiff Angelos Kolobotos's failure to submit the required form necessary to consider granting in forma pauperis status and recommending dismissal of this action unless Plaintiff paid the filing fee in this case. (Dkt. No. 9.) On February 11, Plaintiff came into compliance with prior orders by filing a sufficient IFP motion. (*See* Dkt. No. 11.) The Court therefore **WITHDRAWS** the FCR recommending dismissal of this action. (Dkt. No. 9)

Based on the information contained in Plaintiff's latest IFP motion, the application (Dkt. No. 11) is **GRANTED** under 28 U.S.C. § 1915, and Plaintiff may proceed in forma pauperis in this civil action. Plaintiff's prior motions (Dkt. Nos. 4, 6) are **TERMINATED** as moot.

It is further **ORDERED** that:

(1) No service of process will issue pending completion of judicial screening as provided by 28 U.S.C. § 1915(e)(2).

(2) No further motions for the appointment of counsel will be filed until the Court has completed its screening.

(3) No further amendments or supplements to the complaint will be permitted without prior approval from the Court. A complete amended complaint must be attached to any motion to amend the complaint.

---

[1] By Special Order No. 3-251, this pro se case has been automatically referred to the undersigned magistrate judge for case management. (*See* Dkt. No. 1.)

(4)  All discovery in this case is stayed until the Court enters a scheduling order.

(5)  Plaintiff must immediately notify the Court of any change of address and its effective date by filing a notice entitled "Notice to the Court of Change of Address."  The notice should contain *only* information about the change of address and effective date.  Failure to file a notice of change of address may result in the dismissal of the action under Federal Rule of Civil Procedure 41(b).

The Clerk of the Court is **DIRECTED** to transmit a true copy of this order to Plaintiff.

No process will issue except upon further order of the Court.

**SO ORDERED** on March 11, 2026.

_____
BRIAN McKAY
UNITED STATES MAGISTRATE JUDGE